AO 93 (Rev. 01/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of New York

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address.)*

Express Mail parcel bearing tracking number "EI745348894US" addressed to "Justin Zumsteg, 2013 Burbank Ave, Santa Rosa, CA 95407" described as a white Express Mail Flat Rate Mailing Envelope weighing approximately 2 pounds and 4 ounces, bearing $19.95 in postage, and with a return address of "Riley Schwartzott, 48 Cushing St, Upper, Fredonia, NY 14603."

)
)
)
)
)

Case No. 13-M-74

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Western__ District of __New York__ *(identify the person or describe the property to be searched and give its location)*:

Express Mail parcel bearing tracking number "EI745348894US" addressed to "Justin Zumsteg, 2013 Burbank Ave, Santa Rosa, CA 95407" described as a white Express Mail Flat Rate Mailing Envelop weighing approximately 2 pounds and 4 ounces, bearing $19.95 in postage, and with a return address of "Riley Schwartzott, 48 Cushing St, Upper, Fredonia, NY 14603."

The person or property to be searched, described above, is believed to conceal:

**Controlled substances, packaging material, and written communications between the sender and the recipient, which constitute fruits, evidence, and instrumentalities of 21 U.S.C. §§ 841(a)(1), 844, and 846, and all of which are more fully described in the application and affidavit filed in support of this warrant, the allegations of which are adopted and incorporated by reference as if fully set forth herein.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.
**YOU ARE COMMANDED** to execute this warrant on or before __June 14, 2013__
(not to exceed 14 days)

☒ in the daytime 6:00 a.m. to 10 p.m.  ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge H. Kenneth Schroeder, Jr.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: May 31, 2013 / 1:30 p.m.

City and State: Buffalo, New York

Judge's signature

HON. H. KENNETH SCHROEDER, JR.
U.S. MAGISTRATE JUDGE

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 6/7/13  0834 | Copy of warrant and inventory left with: USPS WDNY District Manager |
| Inventory made in the presence of: Shelley Carosella, Postal Inspector | | |

Inventory of the property taken and name of any person(s) seized:

1 USPS Flat-Rate Express Mail envelope
1 USPS Express Mail tyvek envelope
3 Magazines
Post-It Notes
1 Vacuum-Sealed "Food Saver" plastic bag
$3,200.00 in U.S. Currency.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designate judge.

Date: 6/7/13

_Executing officer's signature_

Jerry Styers, Postal Inspector
_Printed name and title_